**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD MICKMAN, | : | No. 678 MAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| ELAINE MICKMAN, | : | |
| | : | |
| Petitioner | : | |
| | | |
| RICHARD MICKMAN, | : | No. 679 MAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| ELAINE MICKMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal and Application for Leave for Petitioner to Answer/Reply to Respondent's Counterstatement to Petitioner's Petition for Allowance of Appeal are **DENIED**.

The Application for Reconsideration and Clarification of October 19, 2017 IFP Denial Order is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.